

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00667-CR

Walter **FISK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3772
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgments on Count I, Count II, and Count III are AFFIRMED to the extent they adjudicate guilt on the three counts of indecency with a child by contact, but the trial court's judgments as to punishment are REVERSED and the cause is REMANDED for a new sentencing hearing.

SIGNED November 16, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice